1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-00256 LJO

13 |                 Plaintiff,            STIPULATION AND ORDER TO CONTINUE
                                           STATUS CONFERENCE
14 |             v.

15 | JOSE CORREA-RIVERA,

16 |                 Defendant.

17

18         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney

19 and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven Crawford, attorney for the defendant, that the

20 status conference set for December 9, 2013 at 8:30 am before the Honorable Lawrence J. O'Neill be

21 continued to December 16, 2013 at 8:30 a.m.  The reason for the request is because undersigned counsel has

22 been summoned for jury duty in the Fresno County Superior Court commencing on December 9, 2013.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

   U.S. v. Correa-Rivera Stipulation                1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: November 22, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 22, 2013

/s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Jose Correa-Rivera

IT IS SO ORDERED.

Dated:   **November 25, 2013**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

U.S. v. Correa-Rivera Stipulation                            2