**Michael J. Aed SBN# 204090**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Jose Guadalupe Correa-Rivera

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **JOSE GUADALUPE CORREA-RIVERA**, Defendant. | Case No.: 1:13-CR-00256 <br> STIPULATION TO CONTINUE FEBRUARY 3, 2014 STATUS CONFERENCE TO APRIL 7, 2014; [PROPOSED] ORDER <br> DATE:  February 3, 2014 <br> TIME:  8:30 p.m. <br> CTRM:  4 <br> Hon. Lawrence J. O'Neil |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties February 3, 2014 status conference may be continued to 8:30 p.m. on Monday April 7, 2014.

The parties base this stipulation on good cause. To explain, on December 16, 2013 we made our first appearance when we substituted into the case. Prior defense counsel did not provide a full set of discovery to our office in this case. Today, January 24, 2014, the government provided our office with full discovery through electronic mail.  We need additional time to review the discovery. Settlement negotiations are pending and we believe a resolution of this matter is forthcoming.

///

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  January 27, 2014						BENJAMIN B. WAGNER
									United States Attorney

									By: /S/ Kimberly Sanchez
									Assistant United States Attorney

DATED: January 27, 2014						By: /S/ Michael J. Aed
									Attorney for Defendant
									Jose Guadalupe Correa- Rivera

**ORDER**

**Granted, but no further continuances.  On April 7, 2014, there will either be a Change of plea or it will be a TRIAL SETTING CONFERENCE.  Time is Excluded through April 7 for the good cause explained for the continuance.**

IT IS SO ORDERED.

   Dated:   **January 27, 2014**			    **/s/ Lawrence J. O'Neill**
									UNITED STATES DISTRICT JUDGE