**Michael J. Aed SBN# 204090**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:     559-495-0123

Attorney for Defendant: Jose Guadalupe Correa-Rivera

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 1:13-CR-00256 |
| Plaintiff, | **STIPULATION TO CONTINUE April 7, 2014 STATUS CONFERENCE TO June 9, 2014; ORDER** |
| vs. | |
| JOSE GUADALUPE CORREA-RIVERA, | DATE:   April 7, 2014 |
| | TIME:   8:30 am. |
| Defendant. | CTRM:  4 |
| | Hon. Lawrence J. O'Neil |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties April 7, 2014 status conference may be continued to 8:30 a.m. on Monday June 9, 2014.

The parties base this stipulation on good cause. The parties have been attempting to negotiate a mutually agreeable resolution of this matter.  We are trying to get more information regarding the search warrant affidavit which will be dispositive of any search and seizure issues. Defense counsel, through his own investigation, recently obtained out of county records. Defense counsel has become aware that a state prosecution is pending in Tulare County based upon the same set for facts and circumstances (VCF293979).  Defense counsel is attempting to resolve any duplicative prosecutions prior to settlement of the matter.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  April 3, 2014                              BENJAMIN B. WAGNER
                                                   United States Attorney

DATED: April 3, 2014                               By: /S/ Kimberly Sanchez
                                                   Assistant United States Attorney


DATED: April 3, 2014                               By: /S/ Michael J. Aed
                                                   Attorney for Defendant
                                                   Jose Guadalupe Correa- Rivera

## **ORDER**

IT IS SO ORDERED.

   Dated:   **April 3, 2014**                         /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE