BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00256 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOSE CORREA-RIVERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Aed, attorney for the defendant, that the status conference set for June 9, 2014 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to July 21, 2014 at 8:30 a.m. The status conference was set for the purpose of either the defendant entering a change of plea or setting a trial date. However, the parties understand the Court is unavailable on June 9, and the parties have coordinated their schedules, and the first available date after the Court's availability for both counsel is July 21, 2014. The parties plan to meet in the interim to finalize any plea negotiations or a final determination that the case should proceed to trial. The parties will be ready for a change of plea hearing or a trial setting on July 21, 2014.

///

///

U.S. v. Correa-Rivera Stipulation        1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 14, 2014                                  Respectfully submitted,

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                         By    /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Dated: May 14, 2014                                  /s/ Michael Aed
                                               MICHAEL AED
                                               Attorney for Jose Correa-Rivera

IT IS SO ORDERED.

    Dated:   **May 14, 2014**                       **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE