**Michael J. Aed SBN# 204090**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 102
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Jose Guadalupe Correa-Rivera

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No.: 1:13-CR-00256 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | OCTOBER 14, 2014 SENTENCING TO |
| vs. ) | NOVEMBER 3, 2014; ORDER |
| ) | |
| **JOSE GUADALUPE CORREA-RIVERA,** ) | DATE:   October 14, 2014 |
| ) | TIME:   8:30 p.m. |
| Defendant. ) | CTRM:  4 |
| ) | Hon. Lawrence J. O'Neil |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties October 14, 2014 sentencing may be continued to 8:30 p.m. on Monday November 3, 2014.

The parties base this stipulation on good cause. To explain, the defense counsel will be in trial on October 14, 2014.  King County Superior Court case # 13CM2664.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  October 8, 2014                                BENJAMIN B. WAGNER
                                                       United States Attorney

                                                        By: /S/ KIMBERLY SANCHEZ
                                                        Assistant United States Attorney


DATED: October 8, 2014                                 By: /S/ MICHAEL J. AED
                                                       Attorney for Defendant
                                                       Jose Guadalupe Correa- Rivera


**ORDER**

IT IS SO ORDERED.

   Dated:   **October 8, 2014**                     /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE