HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE GUADALUPE CORREA-RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JOSE GUADALUPE CORREA-RIVERA,<br><br>              Defendant | No.  1:13-cr-00256 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, JOSE GUADALUPE CORREA-RIVERA, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 3, 2014[1] this Court sentenced Mr. Correa-Rivera to a term of 70 months imprisonment;

3. His total offense level was 25, his criminal history category was III, and the resulting guideline range was 70 to 87 months;

---

[1] The 2013 Guidelines were used in Mr. Correa-Rivera's sentencing.  *See* PSR at ¶ 14.

Stipulation and Order Re: Sentence Reduction    1

4. The sentencing range applicable to Mr. Correa-Rivera was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Correa-Rivera's total offense level has been reduced from 25 to 23, and his amended guideline range is 57 to 71 months. He is subject to the statutory mandatory minimum of 60 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Correa-Rivera's term of imprisonment to a total term of 60 months.

Respectfully submitted,

Dated:  November 23, 2015                    Dated:   November 23, 2015

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                       Federal Defender


 /s/  Kathleen A. Servatius                   /s/ Hannah R. Labaree
KATHLEEN A. SERVATIUS                        HANNAH R. LABAREE
Assistant U.S. Attorney                      Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA                     JOSE GUADALUPE CORREA-RIVERA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Correa-Rivera is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 57 to 71 months.  Mr. Correa-Rivera is subject to the statutory mandatory minimum of 60 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2014 is reduced to a term of 60 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Correa-Rivera shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **November 24, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE